AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES DAUGHERTY,

Plaintiff,

v.

CITY OF POOLER,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-245

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 12, 2024, the Defendant City of Pooler's Motion for Summary Judgment on all counts is granted. This case stands closed.

Approved by: _____

August 20, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020